# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ROBERT DAVID CHAMBERS,  )  No. CV 10-6080-VBF (PLA)
         Petitioner,    )
                        )  **JUDGMENT**
    v.                  )
                        )
RANDY GROUNDS, Warden,  )
         Respondent.    )

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: November 2, 2012

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE